UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| KATHRYN SACK, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Case No. 14-5039 |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Appellee. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Appellant Kathryn Sack, by and through undersigned counsel, hereby respond to the Court's Scheduling Order dated 15 February 2014 as follows:

**I.    Parties and Amici**

The parties to this case are the Appellant Kathryn Sack and the Appellee Department of Defense.

**II.    Rulings Under Review**

Appellant seeks review of the Minute Order issued by the district court on 19 February 2013 (Wilkins, J.); the Memorandum Opinion issued by the district court on 13 December 2013, 2013 U.S. Dist. LEXIS 173317 (Wilkins, J.); and the Order mandating the filing of the district case issued in *Sack v. CIA*, No. 12-537 (D.D.C.), on 24 October 2012 (unpublished) (Wilkins, J.).

### III. Related Cases

This case was not previously before this Circuit or any other court. The district court designated *Sack v. CIA*, No. 12-537 (D.D.C.), and *Sack v. DOJ*, No. 12-1755 (D.D.C.), as related cases. Appellant also designated *Sack v. CIA*, No. 12-244 (D.D.C.), as a related case, but the district court declined to endorse that designation.

Date: March 20, 2014

                                    Respectfully submitted,

                                    /s/ Kelly B. McClanahan
                                  Kelly B. McClanahan, Esq.
                                  D.C. Bar #984704
                                  National Security Counselors
                                  1200 South Courthouse Road
                                  Suite 124
                                  Arlington, VA  22204
                                  301-728-5908
                                  240-681-2189 fax
                                  Kel@NationalSecurityLaw.org

                                  *Counsel for Appellant*